UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD PAUL CRAGG,

Plaintiff,

v.

C. SHERMAN, et al.,

Defendants.

Case No.: 1:25-cv-01903-CDB (PC)

**ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES**

(Doc. 7)

Plaintiff Edward Paul Cragg is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. INTRODUCTION**

Plaintiff filed a complaint and an application to proceed *in forma pauperis* (IFP) on December 17, 2025. (Docs. 1 & 2.)

On December 18, 2025, the Court issued new prisoner case documents. (Doc. 3.) The following day, it granted Plaintiff's IFP application. (Doc. 4.)

On May 26, 2026, Plaintiff filed a change of address form, indicating he was no longer in custody at the Fresno County Jail and instead had been transferred to the Federal Correctional Institution, Victorville. (Doc. 6.)

On July 27, 2026, Plaintiff filed a document titled "Plaintiff's Notice of Change of Address and Request for Documents." (Doc. 7.)

## II. DISCUSSION

Plaintiff advises he has been transferred from "FCI Victorville Medium II to … FCI Lompoc Low I" without access to his legal paperwork. He states he has "not received any document in this case since … early January, 2026, while he was at the Fresno County Jail …." Plaintiff requests his address be updated and that "the Clerk of the Court mail to him at such address every filing in this case (double-sided if possible)."

The Court confirms that the Clerk of the Court has updated Plaintiff's address on the docket for this action. Next, as the First Informational Order in Prisoner/Civil Detainee Civil Rights Cases advises, "[t]he Court will not make copies of filed documents or provide postage paid or envelopes for free even for parties proceeding in forma pauperis." (*See* Doc. 3 at 3, ¶ I.) Moreover, the Court has not issued any order following its order granting IFP status on December 19, 2026. Therefore, Plaintiff is not missing any orders issued by the Court and his request will be denied as moot.

This Court is one of the busiest U.S. district courts in the nation. All judges carry heavy caseloads and delays, while unfortunate, are inevitable. Dozens of prisoner civil rights cases are pending screening. Further, the Court is currently experiencing a continuing judicial emergency. *See* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/, adding to the delays experienced by litigants in this Court. Plaintiff's complaint will be screened in due course. 28 U.S.C. § 1915A(a). (*See also* Doc. 3 at 3-4 [III. SCREENING OF COMPLAINTS, C.].)

## III. CONCLUSION AND ORDER

Accordingly, for the reasons given above, the Court **HEREBY ORDERS** that Plaintiff's request for copies (Doc. 7) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: **July 29, 2026**

UNITED STATES MAGISTRATE JUDGE