UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD PAUL CRAGG,

Plaintiff,

v.

C. SHERMAN, et al.,

Defendants.

Case No.: 1:25-cv-01903-CDB (PC)

**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**

14-Day Objection Period

Clerk of the Court to Assign District Judge and to Add "Special Mail" Designation

Plaintiff Edward Paul Cragg is appearing pro se an *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. INTRODUCTION**

On August 21, 2026, the Court issued its First Screening Order, finding Plaintiff stated plausible First Amendment retaliation claims against Defendants Long, Sherman and Topete but failed to allege any other cognizable claim against any other named Defendant. (Doc. 9.) Plaintiff was directed to notify the Court whether he wished to proceed on the claims found cognizable following screening, or to file a first amended complaint, or to file a notice of voluntary dismissal. (*Id*. at 31-32.)

On September 17, 2026, Plaintiff notified the Court that he did not intend to file a first amended complaint and instead wished to proceed on the cognizable claims identified by the

Court. (Doc. 10.)

Given Plaintiff's decision to proceed on the cognizable claims presented in his complaint, the Court will recommend the action proceed on those claims.

## II. CONCLUSION AND RECOMMENDATIONS

Accordingly, the Court **HEREBY ORDERS** the Clerk of the Court to:

1. Randomly assign a district judge to this action; and
2. Add the "SPECIAL MAIL Open Only in the Presence of Inmate" language to Plaintiff's address on the docket for this action.[1]

Further, for the reasons given above and further set forth in the Court's first screening order (Doc. 9), the undersigned **HEREBY RECOMMENDS** that:

1. This action **PROCEED** *only* on Plaintiff's First Amendment retaliation claims against Defendants Long (Claims III and IV), Sherman (Claims III and IV), and Topete (Claim III);
2. Defendants Anthony Garcia, S. Lacy, Curtis Logan, T. Morgan, J. Sanchez, A. Slade, and Amy Wilson be **DISMISSED**; and
3. Any other claims asserted in Plaintiff's complaint be **DISMISSED**.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within 14 days after being served with these Findings and Recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Objections, if any, shall not exceed 15 pages. Any pages filed above the 15-page limit may not be considered. Exhibits shall not be filed with objections, but exhibits that already are part of the record may be referenced by the document and page number. Any failure by a party to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v.*

[1] Plaintiff's notice filed September 17, 2026, indicates that he received the First Screening Order on September 2, 2026, and the envelope containing the Court's order was opened prior to his receipt of same.

*Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 22, 2026**

UNITED STATES MAGISTRATE JUDGE