**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD PAUL CRAGG,<br>Plaintiff,<br>v.<br>C. SHERMAN, et al.<br>Defendants. | Case No.: 1:25-cv-01903 JLT CDB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br>(Doc. 12) |

Edward Paul Cragg seeks to hold the defendants liable for violations of his civil rights while housed at Taft Community Correctional Facility. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found he stated a cognizable claim for retaliation in violation of the First Amendment against Defendants Long, Sherman, and Topote. (Doc. 9 at 17-27.) The magistrate judge found Plaintiff did not state claims under the Fourteenth Amendment related to conditions of confinement, including the clothing provided, medical care, and dental care. (*Id.* at 6-17.) In response to the Screening Order, Plaintiff indicated that he was willing to proceed on the cognizable claims against Long, Sherman, and Topote. (Doc. 10 at 1.)

Following receipt of Plaintiff's response, the magistrate judge issued Findings and Recommendations that the action proceed on the cognizable claims, and all other claims be dismissed. (Doc. 12.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id*. at 2.) The Court also advised

Plaintiff that the failure to file timely objections "may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id*. at 2-3, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 22, 2026 (Doc. 12) are **ADOPTED** in full.
2. This action **PROCEEDS** on Plaintiff's First Amendment retaliation claims against defendants Long (Claims III and IV), Sherman (Claims III and IV), and Topote (Claim III).
3. All other claims raised in the complaint are **DISMISSED**.
4. Defendants Anthony Garcia, S. Lacy, Curtis Logan, T. Morgan, J. Sanchez, A. Slade, and Amy Wilson are **DISMISSED** as defendants.
5. The Clerk of the Court is **DIRECTED** to update the docket to terminate the identified individuals as defendants.

IT IS SO ORDERED.

Dated: October 26, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE